| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | IT IS HEREBY ORDERED that the United States of America may supply counsel for |
| 3 | defendant Antonio Bates and the United States Probation Office with a copy of the grand jury |
| 4 | testimony of witnesses the government may call at trial. |
| 5 | IT IS FURTHER ORDERED that defense counsel and the United States Probation Office |
| 6 | shall not disclose such grand jury testimony to any other persons, except as necessary in |
| 7 | preparation of the defense or sentencing, without prior authorization from this Court, and that the |
| 8 | copy of the testimony provided to defense counsel and the United States Probation Office (and |
| 9 | any reproductions or copies made of the produced copy) shall be destroyed at the conclusion of |
| 10 | proceedings in this case. |
| 11 | |
| 12 | DATED: 6/9, 2011 |
| 13 | *Lucy H. Koh* |
| 14 | HONORABLE ~~HOWARD R. LLOYD~~ LUCY H. KOH |
| | United States ~~Magistrate~~ District Judge |

Motion To Unseal, Order                               4