MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
AMBER ROSEN (160380)
Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    E-Mail: grant.fondo@usdoj.gov
           amber.rosen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO BATES,<br><br>    Defendant. | No. 10-00845 LHK<br><br>STIPULATION AND [PROPOSED] ORDER CHANGING SENTENCING HEARING FROM AUGUST 3, 2011, TO SEPTEMBER 7, 2011, AT 10:00 A.M. |

    The United States and defendant Antonio Bates currently have a sentencing hearing scheduled for August 3, 2011, at 10:00 a.m. The United States Probation Office has requested additional time to process information forwarded to it and finalize its report, and the parties have no objection. The parties and Probation Officer assigned to this matter are available on September 7, 2011.

///

///

///

U.S. V. BATES STIPULATION
10-00845 LHK                          1

| | | |
|---|---|---|
| 1 | DATED: July 5, 2011 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | |
| 4 | | *signature*<br>GRANT P. FONDO<br>Assistant United States Attorney |
| 5 | | |
| 6 | | *signature* w/perm.<br>ERIK BABCOCK    ypf |
| 7 | | Counsel for Defendant |
| 8 | | |
| 9 | /// | |
| 10 | //// | |
| 11 | /// | |
| 12 | /// | |
| 13 | /// | |
| 14 | /// | |
| 15 | /// | |
| 16 | /// | |
| 17 | /// | |
| 18 | /// | |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the August 3, 2011, sentencing hearing as to Antonio Bates is rescheduled to September 7, 2011, at 10:00 a.m.

7 LHK

IT IS SO ORDERED.

DATED:

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

U.S. V. BATES STIPULATION
10-00845 LHK                              3